UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-62301-BLOOM

SADIK BAXTER,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

**ORDER ON MOTION TO ALTER OR AMEND JUDGMENT**

**THIS CAUSE** is before the Court upon Petitioner Sadik Baxter's Motion to Alter or Amend Judgment Under Federal Rule of Civil Procedure 59(e), ECF No. [32]. For the following reasons, the motion is denied.

"[A] Rule 59(e) motion can be granted based only on newly-discovered evidence or manifest errors of law or fact." *Hamilton v. Sec'y, Fla. Dep't of Corr.*, 793 F.3d 1261, 1266 (11th Cir. 2015) (citation omitted). Moreover, a Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment. *See Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). The Court has carefully considered Petitioner's 24-page motion and determined that it is based on neither "newly-discovered evidence [nor] manifest errors of law or fact." *Hamilton*, 793 F.3d at 1266. The motion is effectively a continuation of the initial Petition — Petitioner adds argument and case cites, but it is an attempt to relitigate old matters. *See generally* ECF No. [32]; *Arthur*, 500 F.3d at 1343. As such, relief under Rule 59(e) is not warranted.

Case No. 21-cv-62301-BLOOM

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion to Alter or Amend Judgment, **ECF No. [32]**, is **DENIED**. The case shall remain closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 2, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Sadik Baxter
M81116
Okaloosa Correctional Institution
Inmate Mail/Parcels
3189 Colonel Greg Malloy Road
Crestview, FL 32539
PRO SE